UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ADAM BROOKLIER,

    Plaintiff,                             Case No. 13-13793

v.

                                         Hon. John Corbett O'Meara
COMMISSIONER OF            Hon. Charles E. Binder
SOCIAL SECURITY,

    Defendant.
_____/

ORDER ADOPTING REPORT AND RECOMMENDATION

Before the court is Magistrate Judge Charles E. Binder's August 19, 2014 report and recommendation. Plaintiff filed objections to the report and recommendation on September 22, 2014.

This court "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). The court "may accept, reject or modify, in whole or in part, the findings or recommendations made by the magistrate." Id.

Having thoroughly reviewed the entire record, the court finds that Magistrate Judge Binder reached the correct conclusions. Accordingly, the court will overrule Plaintiff's objections.

IT IS HEREBY ORDERED that the report and recommendation is ADOPTED as the court's findings and conclusions.

s/John Corbett O'Meara<br>United States District Judge

Date: February 13, 2015

 

I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, February 13, 2015, using the ECF system.

s/William Barkholz<br>Case Manager